```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | D.C. NO. 2-11-cr-0533 MCE |
| v. | APPLICATION FOR UNSEALING INDICTMENT |
| DONALD G. CALLAHAN, | |
| Defendant. | |

On December 16, 2011, the indictment was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the indictment to be sealed. The government respectfully requests that the indictment and this case be unsealed.

DATED: December 19, 2011        BENJAMIN B. WAGNER
                                United States Attorney


                                By:/s/ Kyle F. Reardon
                                   KYLE F. REARDON
                                   Assistant U.S. Attorney

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | KYLE F. REARDON |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,          )   D.C. NO. 2-11-cr-0533 MCE
                           )
     v.                    )   [PROPOSED] ORDER FOR
                           )   UNSEALING INDICTMENT
DONALD G. CALLAHAN,        )
                           )
        Defendant.         )
_____)

The government's request to unseal the indictment and this case is GRANTED.

SO ORDERED.

DATED: December 19, 2011     /s/ Carolyn K. Delaney
                             HON. CAROLYN K. DELANEY
                             U.S. Magistrate Judge