1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    MATTHEW M. SCOBLE, Bar #237432
     Designated Counsel for Service
3    801 I Street, 3rd Floor
     Sacramento, California  95814
4    Telephone: (916) 498-5700

5    Attorney for Defendant
     DONALD CALLAHAN
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
     UNITED STATES OF AMERICA,        )  NO. CR.S-11-533-MCE
11                                     )
                     Plaintiff,        )
12                                     )     **STIPULATION AND ORDER;**
          v.                           )  **CONTINUING STATUS CONFERENCE**
13                                     )      **AND EXCLUDING TIME**
     DONALD CALLAHAN,                  )
14                                     )  Date: April 26, 2012
                     Defendant.        )  Time:  9:00 a.m.
15   _____ )  Judge: Hon. Morrison C. England Jr.

16
          IT IS HEREBY STIPULATED by and between the parties hereto through
17
     their respective counsel, KYLE REARDON, Assistant United States
18
     Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for
19
     DONALD CALLAHAN, that the status conference hearing date of March 22,
20
     2012 be vacated, and the matter be set for status conference on April
21
     26, 2012 at 9:00 a.m.
22
          The reason for this continuance is to allow defense counsel
23
     additional time to review discovery with the defendant, to examine
24
     possible defenses and to continue investigating the facts of the case.
25
          Based upon the foregoing, the parties agree that the time under
26
     the Speedy Trial Act should be excluded from the date of signing of
27
     this order through and including April 26, 2012 pursuant to 18 U.S.C.
28

1 | §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

2 | T4 based upon continuity of counsel and defense preparation.

3

4 | DATED:  March 28, 2012.                    Respectfully submitted,

5 |                                            DANIEL J. BRODERICK
                                               Federal Public Defender

6

7 |                                            /s/ Matthew Scoble
                                               MATTHEW SCOBLE

8 |                                            Designated Counsel for Service
                                               Attorney for DONALD CALLAHAN

9

10 | DATED:  March 28, 2012.                   BENJAMIN WAGNER
                                               United States Attorney

11

12

13 |                                           /s/ Matthew Scoble for
                                               KYLE REARDON
                                               Assistant U.S. Attorney

14 |                                           Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                              ORDER

2       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

3  ordered that the March 22, 2012, status conference hearing be continued

4  to April 26, 2012, at 9:00 a.m.  Based on the representation of defense

5  counsel and good cause appearing there from, the Court hereby finds

6  that the failure to grant a continuance in this case would deny defense

7  counsel reasonable time necessary for effective preparation, taking

8  into account the exercise of due diligence.  The Court finds that the

9  ends of justice to be served by granting a continuance outweigh the

10 best interests of the public and the defendant in a speedy trial.  It

11 is ordered that time up to and including the April 26, 2012 status

12 conference shall be excluded from computation of time within which the

13 trial of this matter must be commenced under the Speedy Trial Act

14 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,

15 to allow defense counsel reasonable time to prepare.

16
    Dated: March 28, 2012

17

18  _____
    MORRISON C. ENGLAND, JR.
19  UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

                                     3