| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | MATTHEW M. SCOBLE, Bar #237432<br>Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant<br>DONALD CALLAHAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00533-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| DONALD CALLAHAN, | ) | |
| | ) | Date: May 24, 2012 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for DONALD CALLAHAN, that the status conference hearing date of April 26, 2012 be vacated, and the matter be set for status conference on May 24, 2012 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

///

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including May 24, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: April 16, 2012.　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　　　　Federal Public Defender


　　　　　　　　　　　　　　　　　　　　/s/ Matthew Scoble
　　　　　　　　　　　　　　　　　　　　MATTHEW SCOBLE
　　　　　　　　　　　　　　　　　　　　Designated Counsel for Service
　　　　　　　　　　　　　　　　　　　　Attorney for DONALD CALLAHAN

DATED: April 16, 2012.　　　　　　　　　BENJAMIN WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　/s/ Matthew Scoble for
　　　　　　　　　　　　　　　　　　　　KYLE REARDON
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

| | |
|---|---|
| 1 | ORDER |
| 2 | UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is |
| 3 | ordered that the April 26, 2012, status conference hearing be continued |
| 4 | to May 24, 2012, at 9:00 a.m. Based on the representation of defense |
| 5 | counsel and good cause appearing there from, the Court hereby finds |
| 6 | that the failure to grant a continuance in this case would deny defense |
| 7 | counsel reasonable time necessary for effective preparation, taking |
| 8 | into account the exercise of due diligence. The Court finds that the |
| 9 | ends of justice to be served by granting a continuance outweigh the |
| 10 | best interests of the public and the defendant in a speedy trial. It |
| 11 | is ordered that time up to and including the May 24, 2012 status |
| 12 | conference shall be excluded from computation of time within which the |
| 13 | trial of this matter must be commenced under the Speedy Trial Act |
| 14 | pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, |
| 15 | to allow defense counsel reasonable time to prepare. |

Dated: April 16, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE